<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2036**

EMEKA EKE,

        Plaintiff - Appellant,

    v.

BANK OF AMERICA, NA,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:09-cv-00488-RLW)

Submitted:  December 10, 2010    Decided:  December 23, 2010

Before NIEMEYER, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emeka Eke, Appellant Pro Se.  Michael E. Lacy, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emeka Eke appeals the district court's order granting summary judgment to the Bank of America, NA and dismissing his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Eke v. Bank of America, NA</u>, 3:09-cv-00488-RLW (E.D. Va. Aug. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>